# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:     BOSTON SCIENTIFIC CORP.,
            PELVIC REPAIR SYSTEM
            PRODUCTS LIABILITY LITIGATION     MDL NO. 2326

THIS DOCUMENT RELATES TO ALL CASES
ON EXHIBIT A

## MEMORANDUM OPINION AND ORDER

Pending in each case identified in Exhibit A attached, at the ECF No. identified in the exhibit, is Defendant Boston Scientific Corporation's Motion to Dismiss with Prejudice. Defendant Boston Scientific Corporation ("BSC") seeks dismissal of plaintiffs' cases with prejudice based on her failure to file a Plaintiff Fact Sheet pursuant to the requirements of Pretrial Order # 280, *In re: American Medical Systems, Inc.,* 2:12-md-2325 [MDL No. 2325, ECF No. 7377]. Plaintiffs have not responded to the motion.

The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), that BSC should be dismissed without prejudice from the cases listed on Exhibit A for failure to serve a Plaintiff Fact Sheet in compliance with the court's previous pretrial order.

Therefore, the court **ORDERS** that the motions to dismiss are **GRANTED in part** to the extent BSC seeks dismissal and **DENIED insofar as BSC seeks dismissal with prejudice.** The court **ORDERS** that BSC is dismissed without prejudice, and these cases are **STRICKEN** from the court's docket.

The court **DIRECTS** the Clerk to file a copy of this Order in each case listed in Exhibit A and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: December 10, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Civil Action No. | Case Style | ECF No. of Motion |
|---|---|---|
| 2:13-cv-02775 | Peoples v. Boston Scientific Corporation | 23 |
| 2:15-cv-11394 | Eddleman et al v. Boston Scientific Corporation | 23 |